## NOTICE OF LEAVE OF ABSENCE

**TO** : **ALL JUDGES, CLERKS OF COURT, AND COUNSEL OF RECORD**

**ON BEHALF OF** : **J. CHRISTOPHER DRIVER**

**RE** : **LEAVE OF ABSENCE**

NOW COMES J. Christopher Driver, of the firm of Hull Barrett, P.C., pursuant to Local Rule 83.9 of the Local Rules for the United States District Court, Southern District of Georgia, and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel that he plans to be on leave for the period beginning February 15, 2010, through and including February 26, 2010. Said leave is for studying for the South Carolina Bar Exam, taking the South Carolina Bar Exam, and vacationing after the South Carolina Bar Exam.

If no objections are filed, the leave shall be granted.

This the 12th Day of January, 2010,

/s/ Chris Driver
Chris Driver                    GBN230803

Of Counsel:
HULL BARRETT, P.C.
Post Office Box 1564
Augusta, Georgia 30903-1564
706/722-4481

| Court | Case Name | Judge | Counsel of Record |
|---|---|---|---|
| U.S.D.C., Southern District of GA, Augusta Division CA No. CV109-110 | *A.H.S. Associates, Inc. d/b/a A.C.H.S. Insurance Protection Group, and Bruce H. McDowell v. Meadowbrook, Inc.* | Hon. J. Randall Hall<br>Hon. William L. Barfield | Mr. Robert S. Thompson<br>Mr. Ronald G. Polly, Jr.<br>Mr. Matthew A. Boyd<br>Hawkins & Parnell, LLP<br>4000 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, Georgia 30309 |
| U.S.D.C., Southern District of GA, Augusta Division CA No. CV108-153 | *Artistic Stone Crafters, Inc., a North Carolina Corporation v. Safeco Insurance Company of America and Tesoro Corporation, a Virginia Corporation* | Hon. J. Randall Hall<br>Hon. William L. Barfield | Mr. Colin A. B. McRae<br>Mr. Christopher W. Phillips<br>Hunter, Maclean, Exley & Dunn, PC<br>200 East Julian Street<br>Savannah, Georgia 31412 |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks and opposing counsel listed on the attached Exhibit A, by depositing the same in the U.S. Mail with adequate postage affixed thereto.

This 12th day of January, 2010.

/s/ Chris Driver

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOTICE TO: ALL JUDGES, CLERKS OF COURT AND COUNSEL OF RECORD

The Notice of Leave of Absence on behalf of J. Christopher Driver pursuant to Local Rule 83.9 of the Local Rules for the United States District Court, Southern District of Georgia having been read and considered,

IT IS HEREBY ORDERED that such leave is granted.

Signed this _____ day of _____, 2010, at Augusta, Georgia.

 

_____
J. RANDALL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA