**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| ARTISTIC STONE CRAFTERS, INC., a North Carolina Corporation, Plaintiff | ) ) ) ) | |
| vs. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation, | ) ) ) | Case No.: CV 108-153 |
| And | ) ) ) | **MOTION FOR LEAVE OF ABSENCE** |
| TESORO CORPORATION, a Virginia Corporation, | ) ) ) | |
| Defendants. | ) ) | |

NOW COMES Chris Driver, attorney for the Plaintiff Artistic Stone Crafters, Inc., and moves this Court for a leave of absence for the period beginning February 15, 2010, through and including February 26, 2010, for the purpose of studying for the South Carolina Bar Exam, taking the South Carolina Bar Exam, and vacationing after the South Carolina Bar Exam.

Movant shows that the leave of absence requested will not interfere with any proceedings presently scheduled. Movant further shows that notice has been given to counsel of record pursuant to Rule 83.9 of the Local Rules of the Southern District of Georgia governing leaves of absence.

WHEREFORE, movant respectfully requests that his application for leave of absence be granted.

1

This 13th day of January, 2010.

_____/s/  Chris Driver_____
Attorney for Plaintiff
Georgia Bar No. 230803

HULL BARRETT, PC
801 Broad Street, Suite 700
Augusta, GA  30901
706-722-4481

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed the foregoing Motion for Leave of Absence with the Clerk of Court using the CM/ECF system, and served upon counsel of record by electronic filing as follows:

Colin McRae
Christopher W. Phillips
HUNTER, MCLEAN, EXLEY & DUNN, P.C.
200 East Julian Street
Savannah, GA 3141

Submitted this 13th day of January, 2010.

    /s/  Chris Driver
Chris Driver

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| ARTISTIC STONE CRAFTERS, INC., | ) | |
| a North Carolina Corporation, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SAFECO INSURANCE COMPANY OF | ) | Case No.: CV 108-153 |
| AMERICA, | ) | |
| a Washington Corporation, | ) | |
| | ) | **ORDER** |
| And | ) | |
| | ) | |
| TESORO CORPORATION, | ) | |
| a Virginia Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

The request for leave of absence of Chris Driver beginning February 15, 2010, through and including February 26, 2010, having been read and considered, it is hereby GRANTED.

This ___ day of _____, 2010.

_____
Judge of the United States District Court

Prepared by:
/s/ Chris Driver
Georgia Bar No. 230803

4